UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY PERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:10-CV-144 CAS |
| v. ) | |
| ) | |
| AT&T OPERATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the motion of plaintiff's appointed counsel Mr. Joseph C. Blanner for compensation of attorney's fees and expenses expended in representing plaintiff. Counsel seeks reimbursement from the Attorney Admission Fee Non-Appropriated Fund for attorney's fees in the total amount of $2,500.00 in fees and $153.84 in expenses. Counsel's request is accompanied by documentation, including a billing log reflecting work performed and time expended.

All applications for disbursement of funds from the Attorney Admission Fee Non-Appropriated Fund are governed by Local Rules 12.03 and 12.06, the Administrative Order of May 5, 2010, concerning the Attorney Admission Fee Non-Appropriated Fund, and the Regulations Governing the Disbursement of Funds from the Non-Appropriated Fund for Attorney's Fees and Out-of-Pocket Expenses Incurred by Attorneys Appointed to Represent Indigent Parties in Civil Proceedings Pursuant to 28 U.S.C. § 1915(e), dated May 5, 2010 (the "Regulations"). The applicable Regulations provide that the maximum reimbursement for attorney's fees in any one case is two thousand five hundred dollars. See Regulations, §§ B.2, D.

The Court has reviewed the submitted billing log and determines that the time claimed for attorney's fees was expended and was appropriate and reasonable. The Court will order compensation for attorney's fees in the amount of $2,500.00.

Mr. Blanner also seeks reimbursement for copying expenses in the amount of $149.00 and postage expenses in the amount of $4.84. "Out-of-pocket expenses incurred for items such as photocopying services, photographs, facsimile transmissions, postage, telephone toll calls, and telegrams necessary for the preparation of a case may be reimbursed from the non-appropriated fund." Section E.5. Mr. Blanner will therefore be reimbursed for copying and postage in the amounts of $149.00 and $4.84, for a total of $153.84.

The total amount to be reimbursed is $2,653.84, comprised of $2,500.00 in attorney's fees and $153.84 in out-of-pocket expenses.

Accordingly,

**IT IS HEREBY ORDERED** that counsel's motion for compensation of services is **GRANTED** in the amount of Two Thousand Six Hundred Fifty-Three Dollars and Eighty-Four Cents ($2,653.84). [Doc. 128]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall promptly disburse the sum of Two Thousand Six Hundred Fifty-Three Dollars and Eighty-Four Cents ($2,653.84) from the Attorney Admission Fee Non-Appropriated Fund, payable to:

> Joseph C. Blanner
> Behr and McCarter, P.C.
> 7777 Bonhomme Avenue
> Suite 1400
> St. Louis, MO 63105

The Court wishes to express its appreciation to appointed counsel for his efforts on behalf of plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   12th   day of July, 2011.